CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 21 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MUHAMMAD ABDULLAH,<br>Plaintiff, | Civil Action No. 7:07-cv-00040 |
| v. | **FINAL ORDER ADOPTING**<br>**REPORT AND RECOMMENDATION** |
| WARDEN TERRY O'BRIEN, et al.,<br>Defendants. | By: Samuel G. Wilson<br>United States District Judge |

Muhammad Abdullah, filed this action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), with jurisdiction vested under 28 U.S.C. § 1331. Abdullah alleges that the defendants denied him adequate medical care, subjected him to cruel and unusual living conditions, failed to protect him, violated his right to due process, and denied him access to courts. By Order entered April 26, 2007, the court referred the matter to United States Magistrate Judge Michael F. Urbanski for a report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge subsequently filed a report, finding that Abdullah's allegations fail to state a claim upon which relief may be granted. The Magistrate Judge recommends that Abdullah's complaint be summarily dismissed pursuant to 28 U.S.C. § 1915A(b)(1). Abdullah has not filed objections. Having reviewed the Magistrate Judge's Report and Recommendation and pertinent portions of the record, the court agrees with the Magistrate Judge's recommendation.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that the Magistrate Judge's Report and Recommendation is **ADOPTED** in its entirety; Abdullah's suit is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1); and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 21st day of May, 2007.

_____
United States District Judge